FILED'10 OCT 28 13:27 USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

JENNIFER JONES,
        Plaintiff,                       Civil No. 08-1407-HA
     v.                                    ORDER
COMMISSIONER of Social Security,
        Defendant.

HAGGERTY, District Judge:

    Plaintiff's counsel seeks an award of "supplemental" attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $1,267.59. Defendant Commissioner has stipulated to this award.

    This court concludes that counsel for plaintiff's Application for Supplemental Fees [25] is granted as follows: it is ordered that attorney Ralph Wilborn be paid $1,267.59 upon verification that plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning addressed in *Astrue v. Ratliff*, ___ U.S. ___, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees to the litigant, subjecting the fee calculation "to a federal administrative offset if the litigant has outstanding federal debts."). If plaintiff has such debt, then payment for any remaining funds after offset of the debt shall be made to plaintiff's attorney.

    IT IS SO ORDERED.

    DATED this 28 day of October, 2010.

                                            ANCER L. HAGGERTY
                                            United States District Judge

1 - ORDER